Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WALKER,<br><br>Plaintiff,<br><br>vs.<br><br>CORE-MARK HOLDING COMPANY, INC., STUART W. BOOTH, ROCKY DEWBRE, LAURA FLANAGAN, ROBERT G. GROSS, SCOTT E. MCPHERSON, DIANE RANDOLPH, HARVEY L. TEPNER, and ROSEMARY TURNER,<br><br>Defendants. | Case No. 2:21-cv-06469-AB-PVC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Matthew Walker ("Plaintiff") voluntarily dismisses the claims in the above-captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: October 13, 2021 | **WEISSLAW LLP** <br> Joel E. Elkins <br><br> By: */s/ Joel E. Elkins* <br><br> Joel E. Elkins <br> 9100 Wilshire Blvd. #725 E. <br> Beverly Hills, CA 90210 <br> Telephone:  310/208-2800 <br> Facsimile:   310/209-2348 <br>             -and- <br> Richard A. Acocelli <br> 1500 Broadway, 16th Floor <br> New York, NY  10036 <br> Telephone: 212/682-3025 <br> Facsimile:  212/682-3010 <br><br> *Attorneys for Plaintiff* |